FILED
CHARLOTTE, NC

OCT 21 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:26-cr-225-MOC |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| SERGE CHRISTIAN DUPONT | ) | Violations: 18 U.S.C. § 611 |
| | ) | 18 U.S.C. § 1015(f) |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(FALSE CLAIM TO UNITED STATES CITIZENSHIP IN ORDER TO VOTE)**

On or about November 5, 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**SERGE CHRISTIAN DUPONT,**

an alien, did knowingly make a false statement and claim that he was a citizen of the United States in order to vote in a Federal, State, and local election, in that he falsely stated and claimed that he was a United States citizen on an Authorization to Vote Form.

All in violation of Title 18, United States Code, Section 1015(f).

**COUNT TWO**
**(VOTING BY AN ALIEN)**

On or about November 5, 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**SERGE CHRISTIAN DUPONT,**

an alien, knowing that he was not a United States citizen, did knowingly vote in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611.

A TRUE BILL

[redacted]

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY